FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 19 PM 5: 41

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

AKA: USAO 2020R0213

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. SAG 21cr175 |
| JOSE PORTILLO-SARAVIA, | * (Illegal Reentry of Deported Alien, |
| a/k/a "HEIDI PORTILLO," | * 8 U.S.C. § 1326(a)) |
| Defendant | * |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about January 22, 2020, in the District of Maryland, the defendant,

**JOSE PORTILLO-SARAVIA,
a/k/a "HEIDI PORTILLO,"**

an alien who previously had been deported and removed, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a)

*Jonathan F. Lenzner*
_____
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**       5-19-21
_____    _____
                             Date